NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES SMITH,                                    )
                                               )
        Appellant,                          )
                                               )
v.                                             )
                                               )      Case No.  2D17-3410
STATE OF FLORIDA,                              )
                                               )
        Appellee.                           )
                                               )
_____)

Opinion filed March 1, 2019.

Appeal from the Circuit Court for Pinellas
County; Paul A. Levine, Judge.

Howard L. Dimmig, II, Public Defender,
and Carol J. Y. Wilson, Assistant
Public Defender, Bartow, for Appellant.

Simone Lennon of Simone Lennon, P.A.,
Guardian Ad Litem, Clearwater, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Dawn A. Tiffin,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.